UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURA SHERMAN | : | CIVIL ACTION NO: 3:00CV1450 (AWT) |
| V. | : | |
| OFFICER SUSAN WILSON, ET AL | : | JANUARY 7, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Susan Wilson, Jason Clifford, Al Anderson, Todd Belknap and Town of Manchester, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants will be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

06284.0846 ap

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
SUSAN WILSON,
JASON CLIFFORD,
AL ANDERSON,
TODD BELKNAP,
TOWN OF MANCHESTER

By_____
Brian P. Leaming
HALLORAN & SAGE LLP
Fed. Bar #ct16075
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, I hereby mailed a copy of the foregoing to:

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103

Thomas Cella, Esq. (via certified mail)
c/o Town of Manchester
Town Attorney's Office
41 Center Street
P. O. Box 191
Manchester, CT  06045-0191

Jason Clifford (via certified mail)
Manchester Police Department
239 E. Middle Tpke.
Manchester, CT  06040

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Al Anderson (via certified mail)
Manchester Police Department
239 E. Middle Tpke.
Manchester, CT  06040

Todd Belknap (via certified mail)
c/o Manchester Police Department
239 E. Middle Tpke.
Manchester, CT  06040

Sergeant Susan Wilson  (via certified mail)
Manchester Police Department
239 E. Middle Tpke.
Manchester, CT  06040

                                                          _____
                                                          Brian P. Leaming

500183.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105