UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAURA SHERMAN                    :         CIVIL ACTION NO:
                                           3:00CV1450 (AWT)

V.                               :

OFFICER SUSAN WILSON, ET AL      :         JANUARY 6, 2004

## APPEARANCE

Enter my appearance as Attorney for the defendants, Susan Wilson, Jason
Clifford, Al Anderson, Todd Belknap and Town of Manchester, only, in the above-
entitled case.

                              THE DEFENDANTS:
                              SUSAN WILSON,
                              JASON CLIFFORD,
                              AL ANDERSON,
                              TODD BELKNAP,
                              TOWN OF MANCHESTER

                              By _____
                              James J. Szerejko
                              HALLORAN & SAGE LLP
                              Fed. Bar #ct 04326
                              One Goodwin Square
                              225 Asylum Street
                              Hartford, CT  06103
                              (860) 522-6103

06284.0846 ap

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

<u>CERTIFICATION</u>

This is to certify that on this 6th day of January, 2004, I hereby mailed a copy of the foregoing to:

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103

James J. Szerejko

500204.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105