UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURA SHERMAN | : | CIVIL ACTION NO: 3:00CV1450 (AWT) |
| V. | : | |
| OFFICER SUSAN WILSON, ET AL | : | JANUARY 29, 2004 |

## **APPEARANCE**

Enter my appearance as Attorney for the defendants, Susan Wilson, Jason Clifford, Al Anderson, Todd Belknap and Town of Manchester, only, in the above-entitled case.

        THE DEFENDANTS:
        SUSAN WILSON,
        JASON CLIFFORD,
        AL ANDERSON,
        TODD BELKNAP,
        TOWN OF MANCHESTER

By_____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct 23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

06284.0846 ap

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 29th day of January, 2004, I hereby mailed a copy of the foregoing to:

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103

                                                                                            _____
                                                                                            Eric P. Daigle

509831.1(HS-FP)

- 2 -