UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAURA SHERMAN                    :          CIVIL ACTION NO:
                                            3:00CV1450 (AWT)

V.                               :

OFFICER SUSAN WILSON, ET AL      :          JANUARY 29, 2004

## **APPEARANCE**

Enter my appearance as Attorney for the defendants, Susan Wilson, Jason

Clifford, Al Anderson, Todd Belknap and Town of Manchester, only, in the above-

entitled case.

THE DEFENDANTS:
SUSAN WILSON,
JASON CLIFFORD,
AL ANDERSON,
TODD BELKNAP,
TOWN OF MANCHESTER


By_____
Eric P. Daigle of
HALLORAN & SAGE  LLP
Fed. Bar #ct 23486
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103

06284.0846 ap

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

<u>CERTIFICATION</u>

This is to certify that on this 29th day of January, 2004, I hereby mailed a copy of the foregoing to:

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Eric P. Daigle

509831.1(HS-FP)

- 2 -