**For the Hon. James R. Hawkins, II, ParaJudicial Officer**

**NOTICE TO COUNSEL:** ALL PARTIES AND COUNSEL SHALL BE PRESENT AT THE SETTLEMENT CONFERENCE. A DECISION MAKER WITH AUTHORITY TO RESOLVE THE LITIGATION FOR THE CLIENT SHALL BE PRESENT AT THE SETTLEMENT CONFERENCE. **AVAILABILITY OF THE DECISION MAKER BY TELEPHONE WILL NOT SUFFICE.** ALL PARTIES SHALL BE PREPARED TO CONSIDER SETTLEMENT OR OTHER RESOLUTION OF THE CASE REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.

**EACH PARTY SHALL SUBMIT TO JAMES R. HAWKINS AT: jrhawkinsii@yahoo.com NO LATER THAN FIVE DAYS PRIOR TO THE CONFERENCE, A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:**

1) ALL CLAIMS, DEFENSES AND COUNTERCLAIMS; 2) FACTUAL BASIS FOR CLAIMS, DEFENSES AND COUNTERCLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT OR OTHER POSSIBLE RESOLUTION OF THE CASE.

**REQUEST FOR POSTPONEMENT:** ANY REQUEST FOR POSTPONEMENT OF THE CONFERENCE MUST BE MADE IN ADVANCE, WITH TIME FOR SUFFICIENT NOTICE TO ALL PARTIES AND THE PJO. IT WILL BE THE RESPONSIBILITY OF THE PARTY REQUESTING THE POSTPONEMENT TO: (1) CONTACT ALL PARTIES INVOLVED (INCLUDING THE PJO AND CHAMBERS), (2) REQUEST FROM SANDY SMITH OF JUDGE THOMPSON'S CHAMBERS (860) 240-3880, AVAILABLE NEW DATES AND TIMES, (3) RELAY THIS INFORMATION BACK TO THE OTHER PARTIES, AND (4) CONTACT THE PJO AND CHAMBERS WITH THE NEW DATE AND TIME AGREED UPON BY ALL PARTIES.