UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA SHERMAN<br>    Plaintiff | CIVIL ACTION NO.<br>3:00CV1450 (AWT) |
| VS. | |
| OFFICER SUSAN WILSON, ET AL.<br>    Defendant | MAY 16, 2008 |

### STIPULATION OF DISMISSAL

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

PLAINTIFF:
LAURA SHERMAN

By _____
A. Paul Spinella, Esq.
Fed. Bar No. ct00078
SPINELLA & ASSOCIATES, PC
One Lewis Street
Hartford, CT 06103
Telephone (860) 727-4900

DEFENDANTS:
TOWN OF MANCHESTER
SUSAN WILSON
JASON CLIFFORD
AL ANDERSON
TODD BELKNAP

By _____
Eric P. Daigle
Halloran & Sage, LLP
Fed. Bar No. ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 16th day of May, 2008, a copy of the foregoing was either faxed, mailed, postage prepaid, or hand-delivered to:

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Eric P. Daigle

1174975v.1